1
2
3
4
5
6
7
8
9
10

FILED
CLERK, U.S. DISTRICT COURT

APR - 6 2017

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2016 Grand Jury

| UNITED STATES OF AMERICA, | CR No **17 CR 0 0195** |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [26 U.S.C. § 7206(2): Aiding and Assisting in the Preparation and Presentation of a False Tax Return]; 26 U.S.C. § 7206(1): Subscribing to a False Return; 26 U.S.C. § 7203: Willful Failure to File] |
| MINON MILLER, | |
| Defendant. | |

The Grand Jury charges:

COUNTS ONE THROUGH THIRTY-SEVEN

[26 U.S.C. § 7206(2)]

On or about the dates listed below, in Los Angeles County, within the Central District of California, and elsewhere, defendant MINON MILLER ("MILLER"), a resident of Carson, California, willfully aided and assisted in, and procured, counseled, and advised the preparation and presentation to the Internal Revenue Service of the following U.S. Individual Income Tax Returns, Forms 1040 and 1040A, U.S. Individual Income Tax Returns, which were false and fraudulent as to a material matter, in that the tax returns, among other things,

claimed false deductions; false adjustments to gross income (through claimed moving expenses), claimed education expenses, claimed residential energy credits; and false business income and expenses, by listing false IRA Deductions or false Moving Expenses, or including either a false Schedule A (Itemized Deductions), a false Schedule C (Profit or Loss From Business), a false Form 8863 (Education Credits), or a false Form 5695(Residential Energy Credits) whereas, as defendant MILLER then and there knew and believed, the taxpayers for whom the tax returns were prepared were not entitled to claim the deductions, adjustments, and business income and expenses in the amounts stated on the tax returns.

| Count | Tax Year | Date Filed | Taxpayer | False Items |
|---|---|---|---|---|
| 1 | 2010 | 4/18/2011 | M.A. | Schedule A, IRA Deduction, Education Credits, Residential Energy Credits, Student Loan Interest |
| 2 | 2011 | 4/17/2012 | M.A. | Schedule A, IRA Deduction, Education Credits |
| 3 | 2010 | 4/18/2011 | C.B. | Schedule A, Schedule C, Education Credits, Moving Expenses, Student Loan Interest, IRA Deduction |
| 4 | 2010 | 4/18/2011 | E.C. | Schedule A, Education Credits, Residential Energy Credits |
| 5 | 2011 | 4/17/2012 | E.C. | Schedule A |
| 6 | 2010 | 4/18/2011 | M.C. | Schedule A, Education Credits |

| Count | Tax Year | Date Filed | Taxpayer | False Items |
|-------|----------|------------|----------|-------------|
| 7 | 2011 | 4/17/2012 | M.C. | Schedule A, Education Credits |
| 8 | 2010 | 4/18/2011 | L.D. | Schedule A, Schedule C, Education Credits, Moving Expenses, IRA Deduction |
| 9 | 2011 | 4/17/2012 | L.D. | Schedule A, Schedule C, Education Credits, IRA Deduction |
| 10 | 2010 | 4/18/2011 | A.D. | Schedule A, Education Credits, Residential Energy Credits, Student Loan Interest |
| 11 | 2011 | 4/17/2012 | A.D. | Schedule A, Education Credits, Residential Energy Credits, Student Loan Interest, IRA Deduction |
| 12 | 2010 | 4/18/2011 | V.F. | Schedule A, Education Credits, IRA Deduction |
| 13 | 2011 | 4/17/2012 | V.F. | Schedule A, Education Credits, IRA Deduction |
| 14 | 2010 | 4/18/2011 | G.H.R. | Schedule A, Schedule C, Education Credits |
| 15 | 2011 | 4/17/2012 | G.H.R. | Schedule A, Schedule C, Education Credits |
| 16 | 2012 | 4/15/2013 | G.H.R. | Schedule A, Schedule C |
| 17 | 2013 | 4/15/2014 | G.H.R. | Schedule A, Schedule C, Education Credits |
| 18 | 2010 | 4/18/2011 | M.C.M. | Schedule C |
| 19 | 2011 | 4/17/2012 | M.C.M. | Schedule C |
...

| Count | Tax Year | Date Filed | Taxpayer | False Items |
|---|---|---|---|---|
| 20 | 2010 | 4/18/2011 | C.M. | Schedule A, Schedule C, Education Credits, Moving Expenses, IRA Deduction |
| 21 | 2011 | 4/17/2012 | C.M. | Schedule A, Schedule C, Education Credits |
| 22 | 2011 | 4/17/2012 | D.R. | Schedule A, Education Credits, Moving Expenses, Student Loan Interest, IRA Deduction |
| 23 | 2013 | 1/13/2016 | D.R. | Schedule C, Education Credits |
| 24 | 2014 | 4/15/2015 | D.R. | Schedule A, Schedule C |
| 25 | 2015 | 4/18/2016 | D.R. | Schedule A, Schedule C |
| 26 | 2010 | 4/18/2011 | M.S. | Schedule A, Schedule C, Education Credits |
| 27 | 2011 | 4/17/12 | M.S. | Schedule A, Education Credits |
| 28 | 2010 | 4/18/2011 | T.T. | Education Credits, IRA Deduction |
| 29 | 2011 | 4/17/2012 | T.T. | Schedule A, Education Credits |
| 30 | 2012 | 4/15/13 | T.T. | Schedule A, Schedule C |
| 31 | 2010 | 4/18/2011 | L.T. | Schedule C, Education Credits, IRA Deduction |
| 32 | 2011 | 4/17/2012 | L.T. | Schedule C, Education Credits |

| Count | Tax Year | Date Filed | Taxpayer | False Items |
|---|---|---|---|---|
| 33 | 2014 | 4/15/2015 | L.T. | Schedule A, Schedule C |
| 34 | 2015 | 4/18/2016 | L.T. | Schedule A, Schedule C |
| 35 | 2010 | 4/18/2011 | A.Z. | Schedule A, Moving Expenses |
| 36 | 2011 | 4/17/2012 | A.Z. | Schedule A, Schedule C |
| 37 | 2010 | 4/18/2011 | R.J. | Education Credits |

## COUNT THIRTY-EIGHT

[26 U.S.C. § 7206(1)]

On or about May 3, 2011, within the Central District of California, defendant MINON MILLER, did willfully make and subscribe to a U.S. Individual Income Tax Return, Form 1040, for the calendar year 2010, which was verified by a written declaration that it was made under the penalties of perjury and that was filed with the Internal Revenue Service on or about May 9, 2011, which return defendant MILLER did not believe to be true and correct as to every material matter, in that as defendant MILLER well knew, the return reported on line 1 ("Gross receipts or sales") of a Schedule C (Profit or Loss From Business) that defendant MILLER's tax preparation business had received $12,155 in gross receipts, when, in fact, as defendant MILLER well knew, her tax preparation business had received substantially more gross receipts during the calendar year 2010.

## COUNT THIRTY-NINE

### [26 U.S.C. § 7206(1)]

On or about May 12, 2012, within the Central District of California, defendant MINON MILLER, did willfully make and subscribe to a U.S. Individual Income Tax Return, Form 1040, for the calendar year 2011, which was verified by a written declaration that it was made under the penalties of perjury and that was filed with the Internal Revenue Service on or about May 21, 2012, which return defendant MILLER did not believe to be true and correct as to every material matter, in that, as defendant MILLER well knew, the return reported on line 1d ("Total gross receipts") of a Schedule C (Profit or Loss From Business) that defendant MILLER's tax preparation business had received $26,200 in gross receipts, when, in fact, defendant MILLER well knew, her tax preparation business had received substantially more gross receipts during the calendar year 2011.

COUNT FORTY

[26 U.S.C. § 7203]

During the calendar year 2012, defendant MINON MILLER, a resident of Carson, California, within the Central District of California, received sufficient gross income (in excess of $9,750) such that the law required her to make to the Internal Revenue Service, or any other proper officer of the United States government, a federal individual income tax return on or before April 15, 2013, stating specifically the items of gross income and deductions, credits and exemptions allowed by law and other information prescribed by the Internal Revenue Service; that well knowing and believing all of the foregoing, defendant MILLER did willfully fail to make a federal individual income tax return for the calendar year 2012 to the Internal Revenue Service within the Central District of California, to the Internal Revenue Service Center at Fresno, California, or to any other proper officer of the United States government.

COUNT FORTY-ONE

[26 U.S.C. § 7203]

During the calendar year 2013, defendant MINON MILLER, a resident of Carson, California, within the Central District of California, received sufficient gross income (in excess of $20,000) such that the law required her to make to the Internal Revenue Service, or any other proper officer of the United States government, a federal individual income tax return on or before April 15, 2014, stating specifically the items of gross income and deductions, credits and exemptions allowed by law and other information prescribed by the Internal Revenue Service; that well knowing and believing all of the foregoing, defendant MILLER did willfully fail

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

to make a federal individual income tax return for the calendar year 2013 to the Internal Revenue Service within the Central District of California, to the Internal Revenue Service Center at Fresno, California, or to any other proper officer of the United States government.

A TRUE BILL

/S/
Foreperson

SANDRA R. BROWN
Acting United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

PAUL H. ROCHMES
Assistant United States Attorney
Tax Division